1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  William Michael Kenner

7

8            **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10

11 WILLIAM MICHAEL KENNER,        ) Case No.: 5:14-cv-01527-SH
                                   )
12         Plaintiff,             ) (PROPOSED) ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                       ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting      ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant              )
16 _____)

17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $3,927.11 as
20
   authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
   DATE: **APR 2 9 2015**
23                              _____
                                        /s/
24                              THE HONORABLE SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE
25

26

                                      -1-